Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026
Email: Ahren.Tiller@blc-sd.com

Attorneys for Plaintiff
RYAN HICKS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HICKS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant(s), | Case No.: 3:20-cv-01764-H-MSB<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT; ALL PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSELS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff RYAN HICKS ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") have agreed to resolve this matter in its entirety, subject to the full execution of a confidential settlement agreement.

Plaintiff and Wells Fargo intend to file a joint motion for dismissal of the entire

1 action with prejudice within thirty (30) days or less after drafting and executing said
2 agreement.
3  Therefore, in light of the settlement of all claims in these proceedings, Plaintiff
4 respectfully requests this Court take all future hearings and deadlines in this case off
5 calendar, and vacate any further hearings.

**BLC LAW CENTER, APC**

Dated: January 14, 2020        By:   /s/ Ahren A. Tiller
                                      Ahren A. Tiller, Esq.
                                      Attorney for Plaintiff
                                      RYAN HICKS

**PROOF OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney licensed to practice in the United States District Court for the Southern District of California. I possess personal knowledge of the facts contained herein, and do hereby declare as follows: On <u>January 14, 2021</u> I served the following documents:

   **(1) NOTICE OF SETTLEMENT**

By the following method(s):

<u>NOTICE OF ELECTRONIC FILING (NEF)</u>: On <u>January 14, 2021</u> I checked the CM/ECF docket for this case and determined that the parties listed below are on the Electronic Mail Notice List to receive NEF transmission. Notice of this filing will be sent to the parties of record by operation of the Court's NEF system as described below.

On the following parties:

[x]   Artin Betpera &nbsp &nbsp artin.betpera@wbd-us.com, megan.krier@wbd-us.com

   Nicole Yidi Su &nbsp &nbsp Nicole.su@wbd-us.com, debbie.stout@wbd-us.com, Megan.Krier@wbd-us.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 14, 2021          By:     */s/ Ahren A. Tiller*
                                         Ahren A. Tiller, Esq.
                                         BLC Law Center, APC
                                         Attorneys for Plaintiff
                                         RYAN HICKS