# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HICKS,<br><br>                           Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                         Defendant. | Case No.: 3:20-cv-01764-H-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 12.] |

On February 15, 2021, the parties filed a joint motion to dismiss the action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 12.) For good cause shown, the Court grants the joint motion to dismiss. The Court dismisses the action in its entirety with prejudice. Each party shall bear their own fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: February 16, 2021

                                                                                            MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT